✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Broadcast Music, Inc., Sony/ATV Songs LLC *doing business as* Sony/ATV Melody Peermusic III Ltd., The Bernard Edwards Company LLC, MJ Publishing Trust *doing business as* MIJAC Music, EMI Blackwood Music, Inc., Iron Tigg Music, Ckjointz Music, Warner-Tamerlane Publishing Corp., Sony/ATV Songs LLC, Sacatin LLC , *doing business as* Songs of Cameleon,

V.

Whiskey Bone, Inc., *doing business as* Whiskey Bone's Roadhouse, Todd Power

**JUDGMENT IN A CIVIL CASE**

Case Number:   13-cv-00606-SRN-JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

42. Plaintiffs' Motion for Default Judgment [Dkt. No. 12] against Defendants Whiskey Bone, Inc. and Todd Powers is GRANTED, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of four (4) musical compositions set forth herein owned and/or licensed by Plaintiffs.

43. Plaintiffs shall recover from Defendants Whiskey Bone, Inc. and Todd Powers, statutory damages in the amount of $5,000 for each of the four (4) musical compositions, for a total of $20,000 pursuant to 17 U.S.C. Section 504(c)(1).

44. Plaintiffs shall recover from Defendants Whiskey Bone, Inc. and Todd Powers, full costs in this action, including reasonable attorney's fees in the amount of $5,275.00, pursuant to 17 U.S.C. Section 505. This amount represents a reasonable fee in light of the experience of counsel, the nature of the case, and the services provided.

45. Plaintiffs shall recover from Defendants Whiskey Bone, Inc. and Todd Powers, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

46. Defendants Whiskey Bone, Inc. and Todd Powers and their agents, servants, employees and all persons acting under her permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

| April 10, 2014 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Sampson |
| | (By)    L. Sampson    Deputy Clerk |